1  BONNIE CHAVEZ (SBN 198124)
   DELIA OCHOA (SBN 253217)
2  SAG-AFTRA
   5757 Wilshire Boulevard, 7th Floor
3  Los Angeles, California 90036-3600
   Telephone:  (323) 549-6623
4  Facsimile:   (323) 549-6624
   bonnie.chavez@sagaftra.org
5

6  Attorney for Petitioner
   Screen Actors Guild - American Federation
7  of Television and Radio Artists

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers, | Case No.  CV 12-8895-SVW(MANx) |
| 12 | **JUDGMENT** |
| 13 | |
| 14 | |
| 15       Petitioner, | JS-6 |
| 16  v. | |
| 17  HIGH ROAD PRODUCTIONS, INC., | |
| 18       Respondent. | |

19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21       The regularly noticed Motion for Order Confirming Arbitration Award and

22  for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-

23  American Federation of Television and Radio Artists ("Union"), as successor-in-

24  interest to Screen Actors Guild, Inc. ("SAG"), came before the Court.

25       Having considered all of the pleadings and arguments submitted by the

26  parties in connection with this motion, the pleadings and papers on file, and any

27  oral and/or documentary evidence presented at the time of hearing:

28  ///

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The stipulated arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., ("SAG-AFTRA") and against High Road Productions, Inc., Union Case TM 3074, dated November 17, 2008, is confirmed in all respects.

2. High Road Productions, Inc. is ordered to pay as follows:

   (a) To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $160,624.98;

   (b) To Screen Actors Guild-American Federation of Television and Radio Artists for its attorney's fees incurred in this action, the sum of $2,600.00; and

   (c) To Screen Actors Guild-American Federation of Television and Radio Artists for its costs incurred in this action, the sum of $350.00.

3. Screen Actors Guild-American Federation of Television and Radio Artists is hereby granted an assignment of High Road Productions, Inc.'s accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled *Formosa* anywhere in the world until the amounts due are paid in full.

///
///
///
///
///
///
///

4. SAG-AFTRA is authorized to engage in any of the remedial actions provided for in the Security Agreement.

5. The parties are to split any arbitrator fees.

Dated: December 3, 2012

_____
Judge of the United States District Court

[PROPOSED] JUDGMENT